UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Angela D. Curenton and Robert Curenton, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Remington College, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:13-cv-03618 JFA <br><br> **ORDER** <br> **TO REMAND** |

The plaintiffs have stipulated and agreed that the total value of their claims for the incident alleged in plaintiffs' complaint totals less than $75,000.00; the plaintiffs also have agreed that they will never attempt to execute any judgment against the defendant or any of its related entities or individuals for the matters alleged in the complaint in an amount of $75,000.00 or greater; and the defendant has agreed to plaintiffs' stipulation regarding damages.

Accordingly, with consent of the parties, the above-referenced matter is remanded to state court because the total value of the case has been stipulated to be less than $75,000.00, thereby, defeating the diversity jurisdiction of this court.

The Clerk of Court shall send a certified copy of this order of remand to the Clerk of the Court of Common Pleas, Richland County, Fifth Judicial Circuit of South Carolina.

IT IS SO ORDERED.

February 3, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge